IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Joshua D. Cook,

    Plaintiff,

v.                              Case No. 2:20-cv-781

Justin Sicilian, et al.,

    Defendants.

### ORDER

This is a civil action filed by Joshua D. Cook, an Ohio inmate. On March 17, 2020, plaintiff filed a motion for default judgment and an application with the clerk for an entry of default. In a report and recommendation filed on March 18, 2020, the magistrate judge noted that the defendants had until March 20, 2020, to respond to the complaint, and that they filed an answer on March 17, 2020. The magistrate judge recommended that the clerk deny the application for entry of default, and that the motion for default judgment be denied.

The report and recommendation advised the parties that objections to the report and recommendation were due within fourteen days, and that the failure to file objections to the report and recommendation "will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court. Doc. 23, p. 2. The time period for filing objections has expired, and no objections have been filed to the report and recommendation.

The court agrees with the recommendation of the magistrate judge, and hereby adopts the report and recommendation (Doc. 23). The clerk is instructed to deny the application for entry of

default (Doc. 17).  Plaintiff's motion for default judgment (Doc. 18) is denied.

Date: April 16, 2020                  s/James L. Graham
                                      James L. Graham
                                      United States District Judge