IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Joshua D. Cook,

    Plaintiff,

  v.                                     Case No. 2:20-cv-781

Justin Sicilian, et al.,

    Defendants.

### ORDER

Plaintiff Joshua D. Cook, a pro se prisoner, filed the instant action pursuant to 42 U.S.C. §1983 against four employees of the STAR Community Justice Center in Nelsonville, Ohio.  Plaintiff alleged that the defendants were deliberately indifferent to his medical needs.  On June 19, 2020, the defendants filed a motion to dismiss.  Plaintiff failed to respond to the motion.  On October 23, 2020, the magistrate judge issued a report and recommendation recommending that the motion to dismiss be granted and that the complaint be dismissed for failure to state a claim for relief.

The report and recommendation advised the parties that the failure to file objections to the report and recommendation within fourteen days would result in a waiver of the right to de novo review by the district judge and a waiver of the right to appeal the judgment of the district court.  The time period for filing objections has expired, and no objections have been filed.

The court agrees with the recommendation of the magistrate judge, and hereby adopts the report and recommendation (Doc. 54).  Defendants' motion to dismiss (Doc. 44) is granted, and the complaint is dismissed for failure to state a claim for which relief may be granted.

It is so ordered.

Date: November 20, 2020            s/James L. Graham
                                  James L. Graham
                                  United States District Judge